UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, et al
                              Plaintiffs,
-against-

DR. RONALD P. MAZZA, D.C., P.C., et al
                              Defendants,
-----------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Civil Action No.: 16-cv-5946

State of New York

County of Nassauss:

RAYMOND HAKIMI, being duly sworn deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

That on the 17th day of November, 2016 at 12:14PM at 56A Motor Avenue, Farmingdale, New York, the actual place of business, Deponent served the within SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, RULE 7.1 STATEMENT, PLAINTIFF'S JURY DEMAND AND CIVIL COMPLAINT AND UNDERLYING EXHIBITS upon defendant, **BARBARA KLEIN, L.M.T**, by delivering a true copy of each to **BARBARA KLEIN, L.M.T** personally.

Deponent asked the person spoken to whether she was in active military service or financially dependent upon anyone who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Recipient wore ordinary civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Deponent describes said person served as:

| | | | | | |
|---|---|---|---|---|---|
| __Male | _x_ White Skin | __Black Hair | __White Hair | __14-20 Yrs. | __Under 5' |
| _X_ Female | __Black Skin | __Brown Hair | __Balding | __21-35 Yrs. | __5'0"-5'3" |
| | __Yellow Skin | _x_ Blonde Hair | __Mustache | _X_ 36-50 Yrs. | _X_ 5'4"-5'8" |
| | __Brown Skin | __Gray Hair | __Beard | __51-65 Yrs. | __Over 6' |
| | __Red Skin | __Red Hair | __Glasses | __Over 65 Yrs. | |

__Under 100lbs.
_X_ 100-130lbs.
__131-160lbs.
__161-200lbs.
__Over 200lbs

Sworn to before me
this 30th day of November 2016

Notary Public

JEREMY E STEPHENS
Notary Public, State of New York
No. 02ST5060541
Qualified in Nassau County
Commission Expires May 20, 201_

Raymond Hakimi
DCA Lic# 2043427
Meridian Investigations
Lic#11000136588
48 Davis Avenue
Port Washington NY 11050