UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE
FIRE AND CASUALTY INSURANCE COMPANY,            Docket No.: 16-cv-05946 ARR-PK
ALLSTATE INDEMNITY COMPANY, ALLSTATE
NORTHBROOK INDEMNITY COMPANY,
ALLSTATE PROPERTY AND CASUALTY                  **STIPULATION OF**
INSURANCE COMPANY, and ALLSTATE VEHICLE         **VOLUNTARY DISMISSAL**
AND PROPERTY INSURANCE COMPANY,

                      Plaintiffs,

      -against-                        /s/(ARR)

DR. RONALD P. MAZZA D.C., P.C.,
INNOVATIVE MR IMAGING, P.C.,
REDTREE RADIOLOGY, P.C.,
FAI CHU, L.AC., P.C.,
KANG SUN ACUPUNCTURE & HERB, PLLC,
REHAB MEDICAL & DIAGNOSTIC, P.C.,
ELEMAM, PHYSICIAN, P.C.,
THERAPEUTIC PHYSICAL THERAPY, P.C.,
ARON ROVNER, M.D., PLLC,
NASSAU CHIROPRACTIC SERVICES, P.C.,
ISLAND CHIROPRACTIC TESTING, P.C.,
COUNTY CHIROPRACTIC DIAGNOSTICS, P.C.,

      (the "Professional Corporate Defendants")

   -and-

RONALD MAZZA, D.C.,
JASON GOLDBERG,
BRIAN GOLDBERG,
GM PARTNERS WESTBURY, LLC,
NFWC RENTAL GROUP LTD.,
GOLDBERG MANAGEMENT COMPANY, LLC,
INNOVATIVE IMAGING, INC.,
JOHN DOEs 1-10,
ABC CORPORATIONs 1-10,

      (the "Management Defendants")

   -and-

*So Ordered,*
*/s/ Allyne R. Ross, U.S.D.J.*
*4/17/21*

JOHN T. RIGNEY, M.D.,
BIENVENIDO CEBALLOS JR., P.T.,
LEILA MONTEFRIO HISOLE-CEBALLOS, P.T.,
FAI CHU, D.C., L.AC.,
PATRICIA LIANTONIO, L.M.T.,
ARON ROVNER, M.D.,
AHMED ELEMAM, M.D.,
BARBARA KLEIN, L.M.T.,
MATTHEW ANSELMO, L.M.T.,
YOUNG HO KANG, L.AC.,
SON H. LEE, L.AC.,
MARK SOFFER, D.C.,

   (the "Individual Professional Defendants")

ELECTROSTIM MEDICAL SERVICES, INC.,
MARIO GARCIA, JR.,
CAROLINA ANALGESIC, INC.,
CHRISTINE BAUER,
ORTHOPRO SERVICES, INC.,
ORTHO SERVICES, INC.,
JACK AIZENSTEIN,
LIBERTY MEDICAL SOLUTIONS, LLC,
LAURA KAY and MATTHEW KAY,

   (the "DME Defendants")

      Defendants.

---------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL



**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the Plaintiffs, and undersigned counsel for the following Defendants (hereinafter, the "Settling Defendants"):

(i)  Dr. Ronald P. Mazza D.C., P.C.;

(ii)  Ronald Mazza, D.C.;

(iii) Fai Chu, L.Ac., P.C.;

(iv) Fai Chu, D.C., L.Ac.;

(v)  Rehab Medical & Diagnostic, P.C.;

(vi) Elemam Physician, P.C.;

(vii)  Ahmed Elemam, M.D.;

(viii) Therapeutic Physical Therapy, P.C.;

(ix)   Bienvenido Ceballos Jr., P.T.;

(x)    Leila Montefrio Hisole-Ceballos, P.T.;

(xi)   GM Partners Westbury, LLC; and

(xii)  NFWC Rental Group, LTD. ("NFWC"),

that this action be voluntarily dismissed, in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

No other parties are currently present in the action.

Plaintiffs and the Settling Defendants shall each bear their own costs and counsel fees in connection with the prosecution and/or defense of this action.

This stipulation may be signed in counterparts. Facsimile or electronic signatures shall be treated as originals. This stipulation may be filed without further notice with the Clerk of the Court.

Bruno, Gerbino & Soriano, LLP

By: Vincent F. Gerbino
Attorneys for the Plaintiffs
445 Broad Hollow Road – Suite 420
Melville, New York 11747
(631) 390-0010
(631) 393-5497 – *facsimile*
vgerbino@bgslaw-ny.com
BG&S No.: IMR24-3000

The Russell Friedman Law Group, LLP

By: Charles Horn, Esq.
Attorneys for the Settling Defendants
400 Garden City Plaza, Suite 500
Garden City, New York 11530
(516) 221-3700
chorn@rfriedmanlaw.com